**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00482-PAB-NYW

RAYNARD HUGEE,
FREDDRICK MOORE,
MICHELLE LAMAY,

      Plaintiffs,

v.

PDB SPORTS, LTD, d/b/a DENVER BRONCOS FOOTBALL CLUB,
METROPOLITAN FOOTBALL STADIUM DISTRICT,
STADIUM MANAGEMENT COMPANY, LLC,
DENVER POLICE OFFICER JOHN DOE 1, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 2, in his official and individual capacity, and
DENVER POLICE OFFICER JOHN DOE 3, in his official and individual capacity,

      Defendants.

---

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

---

      IT IS ORDERED that a Scheduling Conference is set for **April 27, 2015 at 9:00 a.m.**, in Courtroom C-205, 2d Floor, Byron G. Rogers United State Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov.  The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED: March 13, 2015

                                          BY THE COURT:

                                          s/Nina Y. Wang_____
                                          United States Magistrate Judge