IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00482-PAB-NYW

RAYNARD HUGEE,
FREDDRICK MOORE, and
MICHELLE LAMAY,

      Plaintiffs,

v.

PDB SPORTS LTD., d/b/a Denver Broncos Football Club,
METROPOLITAN FOOTBALL STADIUM DISTRICT,
STADIUM MANAGEMENT COMPANY, LLC, and
DENVER POLICE OFFICERS JOHN DOES 1-3, in their official and individual
capacities,

      Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF LAMAY ONLY
_____

      This matter comes before the Court upon the Unopposed Motion to Dismiss

Plaintiff Michelle LaMay's Claims Against All Defendants With Prejudice [Docket No.

12].  The Court has reviewed the pleading and is fully advised in the premises.  It is

      **ORDERED** that the Unopposed Motion to Dismiss Plaintiff Michelle LaMay's

Claims Against All Defendants With Prejudice [Docket No. 12] is granted.  It is further

      **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this

matter by plaintiff Michelle LaMay only are dismissed with prejudice, with each party to

bear its own attorneys' fees and costs.

      DATED April 7, 2015.

                            BY THE COURT:

                            s/Philip A. Brimmer
                            PHILIP A. BRIMMER
                            United States District Judge