## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00482-PAB-NYW

RAYNARD HUGEE,
FREDDRICK MOORE,

    Plaintiffs,

v.

PDB SPORTS, LTD, d/b/a DENVER BRONCOS FOOTBALL CLUB,
METROPOLITAN FOOTBALL STADIUM DISTRICT,
STADIUM MANAGEMENT COMPANY, LLC,
DENVER POLICE OFFICER JOHN DOE 1, in his official and individual capacity,
DENVER POLICE OFFICER JOHN DOE 2, in his official and individual capacity, and
DENVER POLICE OFFICER JOHN DOE 3, in his official and individual capacity,

    Defendants.

## MINUTE ORDER

    This civil action is before the court on Plaintiffs' Unopposed Motion for Leave to Amend Complaint (the "Motion"). [#28, filed June 11, 2015]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated March 10, 2015 [#5] and the memorandum dated June 12, 2015 [#29].

    IT IS ORDERED that the Motion is **GRANTED**. The Clerk of the Court is instructed to accept [#28-2] for filing as the First Amended Complaint.

DATED: June 16, 2015