IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00482-PAB-NYW

RAYNARD HUGEE and
FREDDRICK MOORE,

        Plaintiffs,

v.

PDB SPORTS LTD., d/b/a Denver Broncos Football Club,
METROPOLITAN FOOTBALL STADIUM DISTRICT,
STADIUM MANAGEMENT COMPANY, LLC,
DENVER POLICE OFFICER TOM SHERWOOD, in his official and individual capacity,
DENVER POLICE OFFICER RAUL VELASQUEZ, in his official and individual capacity,
DENVER POLICE OFFICER TONY LOPEZ, in his official and individual capacity, and
DENVER POLICE OFFICER RON THOMAS, in his official and individual capacity,

        Defendants.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

        This matter is before the Court on the Stadium Defendants' Motion to Dismiss Under Fed.R.Civ.P. 12(B)(6) [Docket No. 15]. On June 16, 2015, plaintiffs filed an Amended Complaint [Docket No. 33] pursuant to the Minute Order [Docket No. 32] granting their Motion for Leave to Amend Complaint [Docket No. 28]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 15] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

        **ORDERED** that the Stadium Defendants' Motion to Dismiss Under Fed.R.Civ.P. 12(B)(6) [Docket No. 15] is DENIED as moot.

        DATED June 22, 2015.