IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-00482-PAB-NYW | Date: November 5, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| RAYNARD HUGEE, | *Michael Paul Fairhurst* |
| FREDDRICK MOORE, | |
| **Plaintiffs,** | |
| v. | |
| STADIUM MANAGEMENT COMPANY, LLC, | *John Michael McHugh* |
| TOM SHERWOOD, | *Evan P. Lee* |
| RAUL VELASQUEZ, | *Cristina Pena Helm* |
| TONY LOPEZ, | |
| RON THOMAS, | |
| COMMANDER RON THOMAS, | |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

Court in Session: 3:00 p.m.

Appearance of counsel.

Discussion and argument held on SMC's Motion to Join Denver Defendants' Motion to Stay Discovery [73] filed October 19, 2015.

For the reasons stated on the record, it is

**ORDERED:**  **SMC's Motion to Join Denver Defendants' Motion to Stay Discovery [73] is GRANTED. Stadium Management Company, LLC, is allowed to join in Denver Defendants' Motion to Stay Discovery [69].**

Discussion and argument held on Denver Defendants' Motion to Stay Discovery [69] filed October 6, 2015. For the reasons stated on the record, it is

**ORDERED:**  **Denver Defendants' Motion to Stay Discovery [69] is GRANTED pending the determination of Stadium Management Company's Motion to Dismiss Amended Complaint Under Fed.R.Civ.P. 12 (B)(6) [41] and Denver Defendants' Motion to Dismiss[54].**

The Parties are directed to contact the court after the disposition of the pending Motions to Dismiss for a status conference, should Judge Brimmer deny either Motion to Dismiss.

Court in Recess: 3:43 p.m.            Hearing concluded.            Total time in Court:    00:43