IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 15-cv-00482-PAB-NYW

RAYNARD HUGEE and
FREDDRICK MOORE,

    Plaintiffs,

v.

STADIUM MANAGEMENT COMPANY, LLC,
TOM SHERWOOD, Denver Police Officer, in his official and individual capacity,
RAUL VELASQUEZ, Denver Police Officer, in his official and individual capacity,
TONY LOPEZ, Denver Police Officer, in his official and individual capacity, and
COMMANDER RON THOMAS, Denver Police Officer, in his official and individual capacity,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF HUGEE ONLY**
_____

    This matter comes before the Court upon the Unopposed Motion to Dismiss Plaintiff Raynard Hugee's Claims Against All Defendants With Prejudice [Docket No. 61].  The Court has reviewed the pleading and is fully advised in the premises.  It is

    **ORDERED** that the Unopposed Motion to Dismiss Plaintiff Raynard Hugee's Claims Against All Defendants With Prejudice [Docket No. 61] is **GRANTED**.  It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter by plaintiff Raynard Hugee only are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  It is further

    **ORDERED** that defendant Stadium Management Company, LLC's Motion for Summary Judgment on Raynard Hugee's Claims [Docket No. 57] is **DENIED** as moot.

DATED November 18, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge